UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADNAN MUNIR,<br><br>                                Plaintiff,<br><br>    -against-<br><br>MERRICK GARLAND, et al.,<br><br>                               Defendants. | 24-CV-1131 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

    The parties are hereby ORDERED to submit a joint letter, no later than **three weeks from the date of this Order** and not to exceed five pages, including the following information in separately numbered paragraphs:

    (1) whether there is any need for discovery or an initial conference in this case;

    (2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

    (3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

    In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension or adjournment; (5) to the extent applicable, the date of the parties' next scheduled appearance before the Court; and (6) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiff shall serve the Order electronically on counsel for Defendant and file proof of such service on ECF.

Dated: February 22, 2024
New York, New York

SO ORDERED.

_Jessica Clarke_
JESSICA G. L. CLARKE
United States District Judge